EMILY D. DAY, Doing Business as BENNETT, DAY & COMPANY, Respondent, v. JOSEPH TRAVERS & SONS, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

CONCETTA FASANO, Appellant, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that questions of fact as to defendant's ownership of the truck and as to the negligence of the driver of the truck were presented which should have been submitted to the jury. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JACOB HAFT, Respondent, v. JOSEPH KLEINROCH, Appellant, Impleaded with SIDNEY STRASSBERG and Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

NATHAN HOCKMUTH, Respondent, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of CHARLES A. TYRELL for Letters of Administration upon the Goods, Chattels and Credits of EMMA M. TYRRELL, Deceased. GEORGE H. LYNAS, Petitioner, Appellant; W. BERNARD VAUSE and Another, Executors, etc., of CHARLES A. TYRELL, Deceased, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

CHESTER A. BRAMAN and Others, Copartners, etc., Respondents, v, THE CAPITOL WOOLEN CO., INC., Appellant.— Judgment and order affirmed. with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ. Merrell, J., dissenting upon the ground that the trial court erred in admitting testimony as to the falling market as proof of motive on defendant's part in rejecting the merchandise, said testimony being irrelevant to the issue as to the condition of said merchandise; also, upon the ground that the trial court erred in the admission of testimony offered by the plaintiffs as to an attempted modification and cancellation of the contract between the parties, said testimony being irrelevant upon any issue herein.

BENJAMIN EARNEST, Appellant, v. HERMAN SPIEGELMAN and Another, Copartners, etc., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.